IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-cv-1614-AP**

WILLIAM H. EARLY,                               Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

                                                Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

    For Plaintiff:
            Michael A. Desaulniers, Esq.
            Law Office of Michael W. Seckar
            402 W. 12th Street
            Pueblo, CO 81003
            (719) 543-8636 (telephone); (719) 543-8403 (facsimile)
            E-mail: seckarlaw@mindspring.com

    For Defendant:

            WILLIAM J. LEONE, United States Attorney
            KURT J. BOHN, Assistant U.S. Attorney
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202

        By:   Debra J. Meachum
              Special Assistant United States Attorney
              Social Security Administration
              1961 Stout Street, Suite 1001A
              Denver, Colorado  80294
              (303) 844-1570 (telephone); (303) 844-0770 (facsimile)
              E-mail: d_meachum@hotmail.com; debra.meachum@ssa.gov

2.   **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.   **DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** August 19, 2005
**B. Date Complaint Was Served on U.S. Attorney's Office:** August 26, 2005
**C. Date Answer and Administrative Record Were Filed:** October 25, 2005

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties agree that the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that there are no unusual claims or defenses.

7.   **OTHER MATTERS**

Both parties state that there are no other matters.

8.   **PROPOSED BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:**  December 16, 2005
**B. Defendant's Response Brief Due:**  January 13, 2006
**C. Plaintiffs Reply Brief (If Any) Due:**  January 27, 2006

9.   **STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:** Plaintiff does not request oral argument.
**B. Defendant's Statement:** Defendant does not request oral argument

10.   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A. (X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
**B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 15th day of November, 2005.

                              BY THE COURT:

                              s/John L. Kane_____
                              U.S. DISTRICT COURT JUDGE
                              APPROVED:

s/ Michael A. Desaulniers.              s/ Debra J. Meachum_____
Michael A. Desaulniers, Esq.            Debra J. Meachum, Esq.
Law Office of Michael W. Seckar         Special Assistant U.S. Attorney
402 W. 12th Street                      1961 Stout Street, Suite 1001A
Pueblo, CO 81003                        Denver, CO 80294
Telephone: (719) 543-8636               Telephone (303 844-1570
E-mail: seckarlaw@mindspring.com        debra.meachum@ssa.gov;d_meachum@hotmail.com
Attorney for Plaintiff                  Attorney for Defendant